District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GAURAV BANSAL, *et al.*,

                              Plaintiffs,

        v.

JOSEPH B. EDLOW, in his official capacity as
Director of United States Citizenship and
Immigration Services (USCIS), and USCIS,

                              Defendants.

Case No. 2:26-cv-00386-RSM

STIPULATED MOTION AND ORDER
FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT

Noted for Consideration:
April 2, 2026

## JOINT STIPULATION

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendants' Answer to Plaintiffs' Complaint until April 24, 2026.

Defendants' response to the Complaint is currently due on April 10, 2026. Undersigned counsel for Defendants was assigned to this case on March 24, 2026, and will be on vacation for four days between now and April 10. Therefore, there is good cause for a brief, 14-day extension of Defendants' time to respond to the Complaint, through April 24, 2026.

**SO STIPULATED.**

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-00386-RSM] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 2nd day of April 2026.

Respectfully submitted,

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:   206-553-7970
Fax:      206-553-4067
Email:  kyle.forsyth@usdoj.gov

Attorney for Defendants

I certify that this memorandum contains 93 words, in compliance with the Local Civil Rules.

s/ Jessica T. Arena
JESSICA T. ARENA*, CA No. 301807
Law Office of Jessica T. Arena
2443 Fillmore Street, #380-1614
San Francisco, CA 94115
Phone: 541-525-3341
Email: jessica@jtarenalaw.com
*Pro Hac Vice

s/ Kelly Vomacka
KELLY VOMACKA, WSBA No. 20090
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Phone: 206-682-1080
Email: Kelly.vomacka@ghp-law.net

Attorneys for Plaintiffs

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-00386-RSM] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED.  Defendants' deadline to file an Answer is extended through April 24, 2026.

DATED this 3<u>rd</u> day of April, 2026.

_____
HON. RICARDO S. MARTINEZ
United States District Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-00386-RSM] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970